**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

|                           |             |
|---------------------------|-------------|
|                  Plaintiff, |             |
|        -v-                 |             |
|                  Defendant. |             |

07 CIV 11206

JUDGE BATTS

Case No. _____

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for _____ (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

/S/ PETER A. JUNGE

**Date:** _____

_____
**Signature of Attorney**

**Attorney Bar Code:** _____