*11738*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x

TRANSBULK SHIPPING LLC,

                           Plaintiff,

- against -

M&F CHARTERING (PVT) LTD.,

                           Defendant.
---------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/14/2008

Case No.   07 CV 11206
(Judge Batts)

NOTICE OF VOLUNTARY
DISMISSAL PURSUANT TO
FED. R. CIV. P. 41 (a)

PLEASE TAKE NOTICE that there being no appearance or answer by Defendant, pursuant to Fed. R. Civ. P. 41 (a), Plaintiff hereby voluntarily dismisses this action, without prejudice, and without costs or disbursements to any of the parties herein.

Dated in the City of New York on March 14, 2008

                           Respectfully submitted,

                           JUNGE & MELE, LLP
                           *Attorneys for Plaintiff*

                           Peter A. Junge (PJ-0745)
                           29 Broadway
                           New York, NY 10006
                           (212) 269-0061

IT IS SO ORDERED

*Deborah A. Batts*
DEBORAH A. BATTS   3/14/2008
UNITED STATES DISTRICT JUDGE

**Dated:**